IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| KLLM, INC. and KLLM TRANSPORT SERVICES, INC. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:08cv12-DPJ-JCS |
| WATSON PHARMA, INC. | DEFENDANT |

### ORDER

This cause is before the court on the motion of Factory Mutual Insurance Company (Factory Mutual) for leave to intervene as a defendant/counter-plaintiff pursuant to Rule 24 of the Federal Rules of Civil Procedure.  Having considered the motion, Plaintiffs' response, and Factory Mutual's rebuttal, the court concludes that the motion should be granted.  Accordingly, it is hereby ordered that Factory Mutual is granted leave to intervene as a defendant/counter-plaintiff.  Factory Mutual shall file its answer and counter-claim in intervention within ten days of entry of this order.

SO ORDERED this the 6th day of March, 2008.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE